GEORGE W. NOWELL (SBN: 83868)
george.nowell@nowelllaw.com
PAUL B. ARENAS (SBN: 167863)
paul.arenas@nowelllaw.com
JOHN H. CIGAVIC III (SBN: 231806)
john.cigavic@nowelllaw.com
LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344
Attorneys for plaintiff
SCHENKER INC.

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

SCHENKER INC.,

    Plaintiff,

  v.

AZ WEST, INC., and
AZ/CFS WEST, INC., et. al.

    Defendants.

CASE NO.: C 07 2496

COMPLAINT IN ADMIRALTY FOR BREACH OF CONTRACT, QUANTUM MERUIT AND NEGLIGENCE

COMES NOW SCHENKER INC. and files this Complaint against AZ WEST, INC. and AZ/CFS INC. (hereinafter "defendants") as follows:

//
//
//
//
//
//
//

1

COMPLAINT IN ADMIRALTY FOR BREACH OF CONTRACT, QUANTUM MERUIT AND NEGLIGENCE

## JURISDICTION

1. This is a case of admiralty and maritime jurisdiction, within the provisions of 28 U.S.C § 1333 as hereinafter more fully appears, and is an admiralty and maritime claim within the meaning of FRCivP 9(h).

## VENUE AND INTRADISTRICT ASSIGNMENT

2. Venue is proper in this District Court pursuant to 28 U.S.C. § 1391 because this is a district where the defendants reside and defendants have sufficient contacts with this District such that they are subject to personal jurisdiction here.

## GENERAL ALLEGATIONS

3. Plaintiff at and during the times hereinafter mentioned, was a corporation organized and existing under the laws of one of the States of the United States of America or a country of the world.

4. At and during all the times hereinafter mentioned, the defendants were and now are legal entities capable of being sued in this Court; owned, operated, managed, chartered, forwarded and/or controlled the cargo at issue in this complaint and/or are engaged in business as common carriers of merchandise by water, air, and/or land for hire, with an office(s), agent(s) or doing business within the jurisdiction of this Court.

5. At and during all the times and places hereinafter mentioned, each of the defendants was the duly authorized agent, servant, or employee of the remaining defendants, and was at all times and places mentioned herein acting within the purpose and scope of said agency, service and employment in connection with the matters herein alleged.

## BREACH OF CONTRACT

6. Plaintiff is the owner, shipper, consignee, forwarder (or the assignee of one of them) of the cargo described in Exhibit A, attached hereto (hereinafter "cargo"), and is the proper party to bring this action on its own behalf and as agent and trustee on behalf of any and all other parties interested in such cargo as their respective interests may ultimately appear.

//

//

7. Defendants and each of them carried, handled, were the bailee of, consolidated, forwarded or controlled the cargo described in Exhibit A hereto pursuant to oral contracts, bills of lading and/or air waybills.

8. Plaintiff hired defendant to ship the cargo from Los Angeles, California to Shanghai, China. Defendants did not deliver the cargo to Shanghai, China but instead delivered different cargo, bound for a destination other than Shanghai, China, in place of the cargo identified in Exhibit A. The cargo was held in Shanghai, China for in excess of 80 days and incurred charges for demurrage in an amount in excess of $15,000 and other charges relating to local custom and for ocean freight in an amount in excess of $2000 (hereinafter "claim for damages"). Plaintiff paid the claim for damages to Customs in China.

9. At no time has plaintiff been compensated for its claim for damages as alleged above by defendants, or any of them, despite demands made therefor. Defendants and each of them refuse and continue to refuse to pay plaintiff's claim for damages.

10. As a proximate result of said refusals, plaintiff has been damaged in an amount in excess of that stated in Exhibit A. In addition to that loss, plaintiff has incurred attorneys' fees and other recovery expenses in amounts as yet unascertained.

WHEREFORE, plaintiff prays for relief as hereinafter set forth.

## QUANTUM MERUIT

11. Plaintiff incorporates by reference paragraphs 1 through 10 of this Complaint as if herein stated in full.

12. Plaintiff paid the demurrage and other charges related to local custom and for ocean freight as outlined in Exhibit A for the benefit of defendants and their agents.

13. Defendants have benefited from these services and advances of fees and charges.

14. Plaintiff has not been compensated for these services and advances of fees and charges by defendants in any way.

15. Plaintiff is entitled to reasonable compensation for those services and advances of fees and charges in the amount set forth in Exhibit A.

WHEREFORE, plaintiff prays for relief as hereinafter set forth.

## NEGLIGENCE

16.  Plaintiff incorporates Paragraphs 1 through 10 and 12 through 15 of this Complaint, as if herein stated in full.

17.  Defendants and each of them so negligently breached their duties as common carriers, handlers, bailees, warehousemen, agents, freight forwarders or their other capacities with respect to the cargo described in Exhibit A, attached hereto, and carried pursuant to the oral contracts, bills of lading, and/or air waybills that said cargo was discharged and delivered at the wrong destination and incurred the claim for damages in the amounts set forth in Exhibit A.

18.  As a direct and proximate result of the conduct as aforesaid of defendants and each of them, plaintiff has been damaged in the amounts set forth in Exhibit A.  In addition to that loss, plaintiff has incurred attorney's fees and other recovery expenses in amounts as yet unascertained.

WHEREFORE, plaintiff prays for relief as hereinafter set forth.

## PRAYER

WHEREFORE, plaintiff prays:

1.  That process in due form of law according the practices of this Court may issue against defendants in excess of the sum of $17,691.14;

2.  That a decree may be entered in favor of plaintiff against defendants for the amount of plaintiff's damages, together with interest and costs incurred;

3.  For costs of suit and any recoverable attorneys fees to which plaintiff may be entitled; and

4.  For such other further and different relief as this Court may deem just and proper in the premises.

Dated:    8 May 2007

LAW OFFICES OF GEORGE W. NOWELL

By: _____
JOHN H. CIGAVIC III
Attorneys for plaintiff
SCHENKER INC.

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

|    |    |    |
|----|----|----|
| 1  |    | **Exhibit A** |
| 2  | BILLS OF LADING NOS.: | USHOU4551500107 (Exhibit B); CAWB1763912 |
| 3  |    | (Exhibit C) |
| 4  | VESSEL: | *MOL Express* |
| 5  | INVOICE NOS.: | 4066950 (Exhibit D - AZ West Invoice to Seacargo |
| 6  |    | C/O Schenker Intl. with Schenker Intl. Reference |
| 7  |    | No. 4680500308); 38013114 (Exhibit E, Schenker |
| 8  |    | invoice to AZ West, Inc. dated 31 October 2005) |
| 9  | DATE OF SHIPMENT: | On or about 28 February 2005 |
| 10 | DATES OF DELIVERY: | On or after 28 February 2005 |
| 11 | PLACE OF SHIPMENT: | Los Angeles, California |
| 12 | OCEAN PORT OF DISCHARGE: | Shanghai, China |
| 13 | FINAL DESTINATION: | Shanghai, China |
| 14 | PLACE OF LOSS: | Los Angeles, California |
| 15 | DATE OF LOSS: | On or about 28 February 2005 |
| 16 | SHIPPERS: | Schenker, Inc. through AZ West, Inc. |
| 17 | CONSIGNEES: | Jiangyin Ligang Electric Power |
| 18 | DESCRIPTION OF CARGO: | "Grass Trimmer Parts" were delivered to the |
| 19 |    | Consignee instead of "Safety Valves". |
| 20 | NATURE OF DAMAGE: | Erroneously delivered cargo incurred demurrage, |
| 21 |    | local costs and freight due to erroneous delivery |
| 22 |    | (Exhibit E - Invoice to AZ West; Exhibit F - |
| 23 |    | Annotation of Chinese Customs Invoice Receipt) |
| 24 | AMOUNT OF DAMAGE: | In excess of $17,691.14 calculated as follows: |
| 25 |    | approximately $ 15,076.49 for "customs |
| 26 |    | demurrage" in China, $750.00 for "overseas local |
| 27 |    | charges" and $1864.65 for "ocean freight" (Exhibit |
| 28 |    | E - Invoice to AZ West) |

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

5

**COMPLAINT IN ADMIRALTY FOR BREACH OF CONTRACT, QUANTUM MERUIT AND NEGLIGENCE**

P0508.2007-1709

**EXHIBIT B**

FROM : SCHENKNR                         PHONE NO. : 0086 21 5292 5167         APR. 22 2005 04:34PM P1
22/04 2005 15:23 FAX 05106842999        JLEPC                                 ☒001

# SCHENKERocean

**ORIGINAL**
Ocean or Combined Transport Bill of Lading

| (1) Shipper/Exporter | (4) B/L No. |
|---|---|
| DRESSER INC.<br>LA HWY.3225 AT US HWY.167 NORTH<br>(71301) ALEXANDRIA LOUISIANA | USHOU4551500107<br>(5) Reference Nos.:<br>SCKO-000052720<br>STT-NO: US015100041038<br>REF: 4551500107 /USORD4680500308 |
| (2) Consignee<br>TO ORDER | (6)<br>SCHENKER INC<br>15800 INTL PLAZA DR STE 100<br>US-HOUSTON, TX 77032<br>FMC#:911NF CHB#:3847 |
| JIANGYIN LIGANG ELECTRIC POWER<br>GENERATION COMPANY LTD.<br>LIGANG TOWN, JIANGYIN,<br>WUXI JIANGSU, CHINA | (7) For Delivery of Goods apply to:<br>*MAIN USA SEAPORT<br>**SEAPORT,CHINA |
| (8) Vessel/Voyage (see clause 14.1 of the B/L of Lading terms)<br>MOL EXPRESS        V09 | (11) Place of Receipt (Applicable only when document used as Combined Transport B/L)<br>LOS ANGELES, CA |
| (9) Port of Loading<br>LOS ANGELES* | (10) Port of Discharge<br>SHANGHAI** | (12) Final Destination (Applicable only when document used as Combined Transport B/L) |

| (13) Description of goods; marks and Numbers; Container No./Seal No. | (14) Gross Weight | (15) Measurement |
|---|---|---|
| 4 BOXES  COMMODITY: SAFETY VALVE<br>        1. FIRST SHIPMENT: 22SETS<br>'FREIGHT PREPAID'  DETAILS AS PER CONTRACT NO.<br>        JLEPC/2004J-029 PRICE TERM:<br>        CIF SHANGHAI SEAPORT, CHINA<br>        MASTER L/C NO.LC9230500049<br>        CLEAN ONBOARD MOL EXPRESS V09 AT LOS<br>        ANGELES MAIN USA SEAPORT ON 1/28/2005<br><br>SHIPPER REFERENCE: P-052720<br>THESE COMMODITIES, SOFTWARE OR TECHNOLOGY WERE EXPORTED FROM<br>THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION<br>REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.<br>        NO SED REQUIRED - AES 135617289-51004551500107000 | 15563.00LBS<br>7059.27KG | 331.00<br>9.373 |

Above particulars as declared by Shipper but without responsibility of or representation by the Carrier (use clause 8).

(16) Carrier's Receipt (see clauses) and 8)
Total number of containers or packages
received by Carrier.         0 Cont./    4 Pieces

| (17) Freight and Charges | (18) Prepaid | (19) Collect |
|---|---|---|

RECEIVED by the Carrier in external apparent good order and condition unless otherwise stated the number of containers, packages or other customary freight units to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Bill of Lading still written, printed or stamped or otherwise incorporated by which the Merchant agrees to be bound in accepting this Bill of Lading. The particulars given above as stated by the Merchant and the weight, measure, quantity, marks, contents, condition and value of the Goods considered unknown by the Carrier. In witness whereof the number of original Bills of Lading stated on this side have been signed and wherever one original Bill of Lading has been surrendered any others shall be void.

(20) Declared Cargo Value (see clause 7.9)    (21) Number of Original B/L
                                              3/THREE

(22) Place and Date of Issue of B/L
02/28/2005 HOUSTON
(23) Signed and Issued as agents for SCHENKER as Carrier by:
Schenker Inc. as agent of Carrier
RAINER ULLRICH

**ORIGINAL**

**EXHIBIT C**

MAR.03'2005 15:12                  HYUNDAI                    #1808 P.003/006

# HYUNDAI
**MERCHANT MARINE CO., LTD.**

## SEA WAYBILL

HDMU
B/L No. CAWB1763912

SCHENKER INC DBA SCHENKEROCEAN
23 SIVERT COURT
S-BENSENVILLE, IL 60106

CALB129654
T-NO: 84070000019182
REF : 4680500308

SHANGHAI DIVINE-PHOENIX
4/F, THE INDUSTRIAL & COMMERICAL
UNION BLDG-55TH YAN AN RD
00002 SHANGHAI

SHANGHAI DIVINE-PHOENIX
4/F, THE INDUSTRIAL & COMMERICAL
UNION BLDG-55TH YAN AN RD
00002 SHANGHAI

Pre-Carriage by:
Place of Receipt: LOS ANGELES, CA

**NON-NEGOTIABLE**

Ocean Vessel: OOL EXPRESS V014W   Port of Loading: LOS ANGELES, CA
Port of Discharge: SHANGHAI        Port of Outturn: SHANGHAI, CY

### PARTICULARS FURNISHED BY SHIPPER

| Container No./Seal No. Marks and Numbers | No. of Containers or Other Pkgs | Description of Packages and Goods | Gross Weight | Measurement |
|---|---|---|---|---|
| 29375.15LB | 1 X 20' CONTAINER | SHIPPER'S LOAD & COUNT:<br>16 PCS CONSOLIDATED CARGO<br>FREIGHT PREPAID | 19,324.360 KGS | 24.800 CBM<br>875.964 CFT |
| USNYC4510500016<br>AES X20050210007809 | 3 PCS ELECTRIC MOTORS | | | |
| USATL4523500159<br>AES X20050218010583 | 1 SKID ELECTRICAL CONTACTORS | | | |
| USHOU4551500107<br>AES X20050221003024 | 4 BOXES SAFETY VALVE | | | |
| USHOU4551500070<br>AES X20050301045675 | 7 SKIDS STC 56 DRUMS MIXTURE P-103 | | | |
| USORD4980500174 | 12 DRUMS COMPOUNDS, CLEANING, POLISHING SCOURING, AND DETERGENTS | | | |

NO SED REQ, AES 23X878076-G32206078
***EXPRESS BILL OF LADING***

Total Number of Containers or Packages (in words): ONE 20' CONTAINER

| Freight & Charges | Rate | | Prepaid | Collect |
|---|---|---|---|---|
| O/F | $25.00 | .0000 B/L | $25.00 | |
|     | $400.00 | .0000 20DC | $400.00 | |
| BUC | $256.00 | .0000 20DC | $256.00 | |

500308
3-11-05

Declared Value (Optional): US $

Total Charges: $681.00

On Board Date: MAR. 01, 2005
(OBD:MARCH FIRST, 2005)
Dated at: CHICAGO, IL  MAR. 01, 2005

Hyundai American Shipping Agency, Inc
as agent for Hyundai Merchant Marine Co., Ltd., Carrier
By

Received by the Carrier from the Shipper named herein, in apparent good order and condition unless otherwise indicated herein, the Goods, or the number of container(s) or other package(s), of units said by the Shipper to contain the Goods mentioned herein, to be transported subject to the terms and conditions on the back hereof by the vessel named herein or any substitute at the Carrier's option and/or other means of transport, from the place of receipt or the port of loading to the port of discharge or the place of delivery shown herein and there to be delivered to the Consignee named herein, or his authorized agents, on presentation of such proof of identity as required by the Carrier.
In witness whereof, the undersigned, on behalf of Hyundai Merchant Marine Co., Ltd. as carriers, has signed Waybill(s), all of this tenor and date.


**HYUNDAI**
MERCHANT MARINE CO., LTD.

# SEA WAYBILL

Shipper / Exporter (complete name and address)

Document No.    B/L No.    HDMU
CAWB1763912

Export References

Consignee (complete name and address)

Forwarding Agent References

Point and Country of Origin

Notify Party (complete name and address)

Domestic Routing / Export Instructions

Pre-Carriage by    Place of Receipt

Ocean Vessel / Voyage / Flag    Port of Loading

**NON-NEGOTIABLE**

Port of Discharge    For Transhipment to    Onward Inland Routing

Place of Delivery    Final Destination (For the Merchants Ref)

## PARTICULARS FURNISHED BY SHIPPER

Container No. / Seal No.    No of Containers    Description of Packages and Goods    Gross Weight    Measurement

"COPY NON-NEGOTIABLE B/L RELEASE PROCEDURES"
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM
THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION
REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.
HDMU2434414  78126         16 PCS

Total Number of Containers or Packages (in words)

Freight & Charges    Rate    Unit    Prepaid    Collect

Declared Value (Optional) : US $

Total Charges

On Board Date

Received by the Carrier from the Shipper named herein, in apparent good order and
condition unless otherwise indicated herein, the Goods, or the number of containers
or other package(s) or units said by the Shipper to contain the Goods mentioned
herein, to be transported subject to the terms and conditions on the back hereof by
the vessel named herein or any substitute at the Carrier's option and/or other means
of transport, from the place of receipt or the port of loading to the port of discharge
or the place of delivery shown herein and there to be delivered to the Consignee
named herein, or his authorized agents, on production of such proof of identity as
required by the Carrier.
In witness whereof, the undersigned, on behalf of Hyundai Merchant Marine Co., Ltd.,
as carriers, has signed    Waybill(s), all of this tenor and date.
Applicable only when this document is used as an intermodal transport Bill of Lading.

Dated at

Hyundai America Shipping Agency, Inc.
as agent for Hyundai Merchant Marine Co., Ltd., Carrier

By

Case 3:07-cv-02496-CRB    Document 1    Filed 05/09/2007    Page 11 of 16

# EXHIBIT D

AZ West  
17707 S Santa Fe Ave  
Rancho Dominguez, CA 90221

**INVOICE**

| | |
|---|---|
| Page | 1 |
| Invoice No. | 4066950 |
| Invoice Date | 02/25/2005 |
| Order No. | 117196 |

| Bill To: | Shipper: | Ship To |
|---|---|---|
| Seacargo C/O Schenker Intl<br>123 Sivert CT<br>Bensenville, IL 60106<br><br>United | Seacargo C/O Schenker Intl<br>123 Sivert CT<br>Bensenville, IL 60106<br><br>United | Seacargo C/O Schenker Intl<br>123 Sivert CT<br>Bensenville, IL 60106<br><br>United States |

| Customer PO | Customer No. | Terms | Reference | Ship Date | Manifest |
|---|---|---|---|---|---|
| 4680500308 | SEEXP | NET 30 DAYS | HDMU2434414 | 02/25/2005 | 4851 |

| Container No. | House Bill No. | Cust. Ref. | Description | Qty | Rate | Disc. | Total |
|---|---|---|---|---|---|---|---|
| HDMU2434414 | Shanghai | CALB129654 | Export Loading Charges | 1 | 450.00 | | 450.00 |

BKG# CALB129654 HDMU2434414  
DEST: Shanghai  
AZ LOAD#: 4851

PAYMENT SET UP AS LOCAL  
REF# CCC 500308  
DATE 3-11-05

| | Subtotal | Less Discount | Freight | Less Deposit | Balance Due |
|---|---|---|---|---|---|
| | 450.00 | 0.00 | 0.00 | 0.00 | 450.00 |

**Remit To:**  
AZ West, 17707 S Santa Fe Ave, Rancho Dominguez, CA 90221  
Phone: (310) 898-2090    Fax: (310) 898-1576

**EXHIBIT E**

```
F.M.C. No. 911NF
SCHENKER INC
JET CARGO GATEWAY
1800 NICHOLAS BOULEVARD

US-ELK GROVE VILLAGE, IL 60007

Phone: 6305950095
Fax..: 6305956341
```

**S SCHENKER**
Stinnes Logistics

```
|  INVOICE         No.: 38013114  |
```

```
To:
A2 WEST                              Date.........: 10/31/2005
                                     Shipment No..: 4680500308
17707 S SANTA FE AVENUE              Our Ref......: 84070000019182
                                     Account No...: 910205
US-RANCHO DOMINGUEZ, CA 90220        Contact At SI: LINDA ECHEVARRIA
                                     Telephone No.: 6305950095
Departure...: LOS ANGELES, CA        Destination..: SHANGHAI
HBL Number..: USORD4680500308        BL Number....: USORD4680500308
VOYAGE No...: V09                    Vessel Name..: MOL EXPRESS
Pieces......:   1                    Gross Weight.:    13324.360
Description.:                        Booking No...: CALB127654
Shipper Ref.:
```

```
==========================================================================
CHARGES                                                    INVOICE AMOUNT
==========================================================================

OVERSEAS LOCAL CHARGES                               USD          750.00
CUSTOMS DEMURRAGE                                    USD        15076.49
OCEAN FREIGHT                                        USD         1864.65
Miss-loaded cargo as per the                         USD
attached e-mail                                      USD
==========================================================================
              TOTAL INVOICE AMOUNT                   USD        17691.14
==========================================================================
```

```
INVOICE DUE DATE 15 DAYS FROM INVOICE DATE
PLEASE REMIT PAYMENT TO :
SCHENKER INC., P.O. BOX 2307, CAROL STREAM, IL 60132-2307
```

**EXHIBIT F**

海关行政事业性收费专用票据

Customs Invoice for Late Customs Declaration Fee (Customs Demurrage)

Customs bank account

Cargo description

Invoice Amount: CNY 12,818 = USD 1607549