POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number and address)*: <br> George W Nowell, 83868 <br> LAW OFFICE OF GEORGE W. NOWELL <br> 120 Montgomery St Suite 1990 <br> San Francisco, CA 941044322 <br> TELEPHONE NO.: (415) 362-1333 <br> ATTORNEY FOR *(Name)*: Plaintiff | FILED  FOR COURT USE ONLY <br><br> 07 JUN -1 PM 3: 03 <br><br> RICHARD W. WIEKING <br> CLERK, U.S. DISTRICT COURT <br> NORTHERN DISTRICT OF CALIFORNIA |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br> United States District Court <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: SCHENKER INC. <br> DEFENDANT/RESPONDENT: AZ WEST, INC. et. al., | CASE NUMBER: <br> C 07 2496 CRB |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> 1709 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Complaint in Admiralty for Breach of Contract, Quantum Meruit and Negligence; Order Setting Initial Case Management Conference and ADR Deadlines, Order Setting Case Management Conference, Standing Orders, Contents Of Joint Case Management Statement, See Attachment.

3. a. Party served: AZ/CFS WEST, INC.

   b. Person Served: Valerie Molgard @ Paracorp Incorporated - Person authorized to accept service of process

4. Address where the party was served: 640 Bercut Dr., Suite A  
   Sacramento, CA 95814    **BY FAX**

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or *(date)*: May 24, 2007   (2) at *(time)*: 12:10 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   AZ/CFS WEST, INC.

   under:   CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:  Tyler Dimaria
   b. Address:  One Legal, Inc. - 132-Marin  
      504 Redwood Blvd #223  
      Novato, CA  94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 44.00
   e. I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No. 2006-06
          (iii) County SACRAMENTO

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: May 31, 2007

Tyler Dimaria  
(NAME OF PERSON WHO SERVED PAPERS)          (SIGNATURE)

Code of Civil Procedure § 417.10