1  GEORGE W. NOWELL (SBN: 83868)
   PAUL B. ARENAS (SBN: 167863)
2  JOHN H. CIGAVIC III (SBN: 231806)
   LAW OFFICES OF GEORGE W. NOWELL
3  120 Montgomery Street, Suite 1990
   San Francisco, CA 94104
4  Telephone: (415) 362-1333
   Facsimile: (415) 362-1344
5  Attorneys for plaintiff
   SCHENKER INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| SCHENKER INC. ) | CASE NO.: C 07-02496 CRB |
| ) | |
| Plaintiff, ) | **EX PARTE REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE FROM 10 AUGUST 2007 TO 2 NOVEMBER 2007; [PROPOSED] REVISED CASE MANAGEMENT CONFERENCE SCHEDULE; [PROPOSED] ORDER** |
| v. ) | |
| AZ WEST, INC., and ) | |
| AZ/CFS WEST, INC., et. al. ) | |
| Defendants. ) | |
| ) | **FRCivP 16 (b); Civil L. R. 16-10** |

COMES NOW SCHENKER INC. ("plaintiff") and files this Ex Parte Request to Reschedule Case Management Conference from 10 August 2007 to 2 November 2007; [Proposed] Revised Case Management Conference Schedule; [Proposed] Order pursuant to FRCivP 16 (b) and Civil L. R. 16-10.

//

//

//

//

1

**EX PARTE REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE FROM 10 AUGUST 2007 TO 2 NOVEMBER 2007; [PROPOSED] REVISED CASE MANAGEMENT CONFERENCE SCHEDULE; [PROPOSED] ORDER (C 07-02496 CRB)**

P0725.2007-1709

Plaintiff brings this request ex parte and without stipulation because although plaintiff's counsel has served at least one named defendant and been in communication with AZ WEST, INC. and AZ/CFS WEST, INC.'s (collectively "AZ") insurer representatives, AZ has not yet named counsel in this lawsuit nor answered the complaint: therefore, plaintiff requests the scheduled Case Management Conference date be continued until 2 November 2007 or as soon thereafter as is convenient for the Court (with all related dates continued to reflect the new Case Management Conference date as outlined below).

Further to plaintiff's request for a continuance of the Case Management Conference date, plaintiff proposes the following dates anticipating a rescheduling of the Case Management Conference from 10 August 2007 until on or about 2 November 2007:

10/12/2007  Last day to:
- meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan
- file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference

10/26/2007  Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement.

11/2/2007  INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Ctrm. 8, 19th Fl, SF at 8:30 AM

Dated:  25 July 2007          **LAW OFFICES OF GEORGE W. NOWELL**

By: _____/s/_____
JOHN H. CIGAVIC III
Attorneys for plaintiff
SCHENKER INC.

2

**EX PARTE REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE FROM 10 AUGUST 2007 TO 2 NOVEMBER 2007; [PROPOSED] REVISED CASE MANAGEMENT CONFERENCE SCHEDULE; [PROPOSED] ORDER (C 07-02496 CRB)**

P0725.2007-1709

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

# ~~[PROPOSED]~~ ORDER

GOOD CAUSE APPEARING IN PLAINTIFF'S "EX PARTE REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE FROM 10 AUGUST 2007 TO 2 NOVEMBER 2007; ~~[PROPOSED]~~ REVISED CASE MANAGEMENT CONFERENCE SCHEDULE; ~~[PROPOSED]~~ ORDER", THE FOLLOWING DATES ARE HEREBY ADOPTED AS THE CASE MANAGEMENT SCHEDULE FOR THIS LAWSUIT:

| | |
|---|---|
| 10/12/2007 | Last day to: |
| | - meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan |
| | - file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| 10/26/2007 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement. |
| 11/2/2007 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Ctrm. 8, 19th Fl, SF at 8:30 AM |

**IT IS SO ORDERED.**

Dated:   July 26    , 2007

By: _____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE



3

**EX PARTE REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE FROM 10 AUGUST 2007 TO 2 NOVEMBER 2007; [PROPOSED] REVISED CASE MANAGEMENT CONFERENCE SCHEDULE; [PROPOSED] ORDER (C 07-02496 CRB)**

P0725.2007-1709