John H. Cigavic III, Bar No: 231806  (415) 362-1333
LAW OFFICE OF GEORGE W. NOWELL
120 Montgomery St
San Francisco, CA 94104-4322

Representing: Plaintiff    File No. 1709

**FILED**
OCT - 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court

Northern District of California

**BY FAX**

| | |
|---|---|
| SCHENKER INC. | Case No: C 07-02496 CRB |
| Plaintiff/Petitioner | Proof of Service of: |
| vs. | Summons In A Civil Case; Complaint; Civil Cover Sheet; Guidelines; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Notice of Lawsuit and Request for Waiver of Service of Summons; Waiver of Service of Summons; ECF Registration Handout; Order Setting Initial Case |
| AZ WEST, INC. | |
| Defendant/Respondent | |

Service on:
AZ WEST, INC.

Hearing Date:
Hearing Time:
Div/Dept:

PROOF OF SERVICE

FF# 6648470

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> John H. Cigavic III, 231806 <br> LAW OFFICE OF GEORGE W. NOWELL <br> 120 Montgomery St Suite 1990 <br> San Francisco, CA 941044322 <br> TELEPHONE NO.: (415) 362-1333 <br> ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br> United States District Court <br> 450 Golden Gate Avenue <br> San Francisco, CA  94102-3483 | |

| PLAINTIFF/PETITIONER: SCHENKER INC. | CASE NUMBER: <br> C 07-02496 CRB |
|---|---|
| DEFENDANT/RESPONDENT: AZ WEST, INC. | |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: <br> 1709 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons In A Civil Case; Complaint; Civil Cover Sheet; Guidelines; Notice of Availability of Magistrate Jud to Exercise Jurisdiction; Notice of Lawsuit and Request for Waiver of Service of Summons; Waiver of Service Summons; ECF Registration Handout; Order Setting Initial Case Management Conference and ADR Deadline Order Setting Case Management Conference; Standing Order; Standing Order for All Judges of the Northern

3. a. Party served: AZ WEST, INC.

   b. Person Served: Jeffery Sax - Person authorized to accept service of process

**BY FAX**

4. Address where the party was served: 660 South Figuroa Suite 2400 <br> Los Angeles, CA  90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): September 19, 2007    (2) at (time):  3:40 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   AZ WEST, INC.

   under:    CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:       Jimmy Lizama
   b. Address:    One Legal, Inc. - 132-Marin <br> 504 Redwood Blvd #223 <br> Novato, CA  94947
   c. Telephone number:  415-491-0606
   d. The fee for service was:  $ 44.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 4553
         (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: October 4, 2007

Jimmy Lizama <br> [NAME OF PERSON WHO SERVED PAPERS]    [SIGNATURE]

Form Adopted for Mandatory Use <br> Judicial Council of California POS-010 <br> [Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6648470

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| John H. Cigavic III, 231806<br>LAW OFFICE OF GEORGE W. NOWELL<br>120 Montgomery St Suite 1990<br>San Francisco, CA 941044322<br>TELEPHONE NO.: (415) 362-1333<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF | |
| United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |

| PLAINTIFF/PETITIONER: SCHENKER INC. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: AZ WEST, INC. | C 07-02496 CRB |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: 1709 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons In A Civil Case; Complaint; Civil Cover Sheet; Guidelines; Notice of Availability of Magistrate Jud to Exercise Jurisdiction; Notice of Lawsuit and Request for Waiver of Service of Summons; Waiver of Service Summons; ECF Registration Handout; Order Setting Initial Case Management Conference and ADR Deadline Order Setting Case Management Conference; Standing Order; Standing Order for All Judges of the Northern

3. a. Party served: AZ WEST, INC.

   b. Person Served: Jeffery Sax - Person authorized to accept service of process

**BY FAX**

4. Address where the party was served: 660 South Figuroa Suite 2400
   Los Angeles, CA 90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): September 19, 2007   (2) at (time): 3:40 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   AZ WEST, INC.

   under:   CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:       Jimmy Lizama
   b. Address:    One Legal, Inc. - 132-Marin
                  504 Redwood Blvd #223
                  Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 44.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 4553
         (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: October 4, 2007

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                                                    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6648470