GEORGE W. NOWELL (SBN: 83868)
PAUL B. ARENAS (SBN: 167863)
JOHN H. CIGAVIC III (SBN: 231806)
LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344
Attorneys for plaintiff
SCHENKER INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| SCHENKER INC. | CASE NO.: C 07-02496 CRB |
| Plaintiff, | **SCHENKER INC.'S ADR STATUS REPORT** |
| v. | |
| AZ WEST, INC., and AZ/CFS WEST, INC., et. al. | |
| Defendants. | |

No counsel for defendants have yet appeared in this action: plaintiff's counsel will contact defendant's counsel after appearance and complete all ADR Certifications and Orders as soon thereafter as possible.

Dated: 12 October 2007         **LAW OFFICES OF GEORGE W. NOWELL**

By: _____/s/_____
JOHN H. CIGAVIC III
Attorneys for plaintiff
SCHENKER INC.

1
**SCHENKER INC.'S ADR STATUS REPORT (C 07-02496 CRB)**

P1010.2007-1709