1  GEORGE W. NOWELL (SBN: 83868)
   PAUL B. ARENAS (SBN: 167863)
2  JOHN H. CIGAVIC III (SBN: 231806)
   LAW OFFICES OF GEORGE W. NOWELL
3  120 Montgomery Street, Suite 1990
   San Francisco, CA 94104
4  Telephone: (415) 362-1333
   Facsimile: (415) 362-1344
5  Attorneys for plaintiff
   SCHENKER INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| SCHENKER INC.<br><br>          Plaintiff,<br><br>     v.<br><br>AZ WEST, INC., and<br>AZ/CFS WEST, INC., et. al.<br><br>          Defendants. | **CASE NO.: C 07-02496 CRB**<br><br>**SCHENKER INC.'s CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER**<br><br>**FRCivP 16 & 26(f)**<br><br>**Date: 2 November 2007**<br><br>**Time: 8:30 a.m.**<br><br>**Place: Courtroom 8, 19th Floor**<br><br>**Judge: Hon. Charles R. Breyer** |

COMES NOW PLAINTIFF, SCHENKER INC ("plaintiff") and, pursuant to this Court's Revised Case Management Conference Schedule of 26 July 2007 (Docket No. 5) ("Revised Schedule") and FRCivP 26 (f), files this Case Management Conference Statement. Plaintiff files separately and not "jointly" because AZ WEST, INC., and AZ/CFS WEST, INC., ("defendants") have not appeared in this lawsuit.

//
//
//
//

1

**SCHENKER INC.'s CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER (C 07-02496 CRB)**

After plaintiff filed and served the summons and complaint on defendants, plaintiff's counsel communicated with at least three defendants' representatives and requested defendants respond to the complaint. Among defendants' representative is an attorney, Jeffrey F. Sax, Esq. (of the Law Offices of Jeffrey F. Sax, 660 South Figueroa Street, Suite 2400, Los Angeles, California 90017, Telephone (213) 623-5700, Facsimile (213) 623-5900) who stated he would be representing defendants in this lawsuit ("Mr. Sax"). Mr. Sax was provided with the Revised Schedule and was alerted that (1) he would be identified in this Case Management Conference Statement and (2) plaintiff would request the Court grant it leave to enter a default against defendants in view of their failure to appear notwithstanding their representation by counsel.

## **JURISDICTION & SERVICE**

This is a case of admiralty and maritime jurisdiction within the provisions of 28 U.S.C. § 1333 and is an admiralty and maritime claim within the meaning of Rule 9 (h) of the Federal Rules of Civil Procedure.

Venue is proper in this District Court pursuant to 28 U.S.C. § 1391 because this is a district where the defendants reside and defendants have sufficient contacts with this District such that they are subject to personal jurisdiction here: defendants do business, *inter alia*, out of a warehouse in Oakland, California.

All parties to this action have been served. Defendants were hand-served on as follows:

(1)    AZ/CFS WEST, INC. was hand served on 24 May 2007 through its then designated agent for the service of process, Paracorp Incorporated, 640 Bercut Dr., Suite A, Sacramento, CA 95814.

(2)    AZ WEST, INC. was hand served on 19 September 2007 through Mr. Sax. Defendants have not responded to the complaint as of the date of this filing.

## **BRIEF DESCRIPTION OF THE ACTION**

The subject matter of this action is mis-loaded cargo. Plaintiff acted as freight forwarder for cargo and contracted with defendants to warehouse, load and ship designated cargo as directed. Defendants' agents admit it loaded and shipped cargo to China that should have been shipped to England. The admittedly mis-directed cargo incurred significant demurrage and

2

**SCHENKER INC.'s CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER (C 07-02496 CRB)**

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

P1025.2007-1709

customs charges in China and also incurred freight charges to correct defendants' error(s).

Plaintiff contends the key factual issue is the amount of plaintiff's recoverable damages.

There are no known related proceedings to this action.

There are no known administrative proceedings related to this action.

## DISPUTED LEGAL ISSUES

Plaintiff knows of no genuinely disputed legal issues appropriate for decision by motion. Defendants admitted liability; therefore, from plaintiff's perspective, the only issue in this case is the amount of recoverable damages.

## PROCEDURAL HISTORY

The complaint was filed on 9 May 2007. Defendants have not responded to the complaint. No motions have been filed or are presently pending in this action.

## DISCOVERY STATUS

Plaintiff stands by ready, willing and able to make initial disclosures and participate in discovery, including in the creation of a discovery plan, as soon as reasonably possible after defendants appear in the action.

## MOTIONS

Since defendants have not appeared in this action plaintiff cannot fully identify the motions that may be required to dispose of this lawsuit.

## RELIEF SOUGHT & COMPUTATION OF CLAIMED DAMAGES

Plaintiff seeks damages in excess of $17,691.14 calculated as follows: approximately $15,076.49 for "customs demurrage", $750.00 for "overseas local charges" and $1864.65 for "ocean freight" (as noted in Exhibit E to the complaint: plaintiff's invoice to defendants).

Plaintiff also seeks an award of prejudgment interest and costs.

## ALTERNATIVE DISPUTE RESOLUTION

Plaintiff filed an ADR Status Report on 12 October 2007 (Docket No. 7) advising the Court that plaintiff has not been able to complete ADR because defendants have not appeared in this action. Plaintiff will attempt to meet applicable ADR requirements as soon after defendants appear as is reasonably possible.

## CONSENT TO A MAGISTRATE JUDGE

Plaintiff does not consent to a Magistrate Judge.

## PROPOSED DEADLINES

Plaintiff will abide by the Court's determination of applicable deadlines. Plaintiff does not anticipate the need for a trial; but in the event a trial is required, plaintiff anticipates the trial will last 1-2 days. In the event of a trial, plaintiff anticipates 3-4 witness and one expert may be needed to resolve this matter. This being an admiralty action, plaintiff anticipates this action will tried before a judge and not a jury.

## SERVICE LIST

Plaintiff is represented by George W. Nowell, Esq., Paul B. Arenas, Esq., and John H. Cigavic III, Esq. of the Law Offices of George W. Nowell, 120 Montgomery Street, Suite 1990, Tel: (415) 362-1333; Fax: (415) 362-1344.

Defendants are represented by Jeffrey F. Sax, Esq. of the Law Offices of Jeffrey F. Sax, 660 South Figueroa Street, Suite 2400, Los Angeles, California 90017, Telephone (213) 623-5700, Facsimile (213) 623-5900.

## OTHER

There are no other known issues, not addressed above, relevant to this Case Management Statement.

## DISQUALIFICATION & RECUSAL

Plaintiff is not aware of any party having an interest in this lawsuit other than the named parties, and so certifies.

## FEDERAL RULE OF CIVIL PROCEDURE 26 (f) CONSIDERATIONS

Plaintiff identifies no proposed changes to the timing, form or requirements of disclosure under FRCivP 26 and stands by ready, willing and able to make initial disclosures and participate in discovery, including in the creation of a discovery plan, as soon as reasonably possible after defendants appear in the action.

//

//

1     Plaintiff states that discovery may be needed on the amount of plaintiff's recoverable
2 damages.
3     Plaintiff identifies no proposed changes to the limitations on discovery or any other
4 limitations.
5     Plaintiff identifies no other orders that should be entered by this Court under FRCivP 6
6 (c) or 16 (b).

8   Dated:    25 October 2007             **LAW OFFICES OF GEORGE W. NOWELL**

9                                                 By:       /s/
10                                                 JOHN H. CIGAVIC III
                                                Attorneys for plaintiff
11                                                 SCHENKER INC.

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

**CASE MANAGEMENT CONFERENCE ORDER**

The [Proposed] Order is HEREBY adopted by the Court:

AZ WEST, INC., and AZ/CFS WEST, INC. are ordered to appear in this action within 5 days of this Order and, failing an appearance as Ordered, then plaintiff may move for default pursuant to applicable rules.

This Order shall be served on Jeffrey F. Sax, Esq. of the Law Offices of Jeffrey F. Sax, 660 South Figueroa Street, Suite 2400, Los Angeles, California 90017, Telephone (213) 623-5700, Facsimile (213) 623-5900 on behalf of AZ WEST, INC., and AZ/CFS WEST, INC.

**IT IS SO ORDERED.**

Dated: _____, 2007

By:_____
      CHARLES R. BREYER
      UNITED STATES DISTRICT JUDGE

Prepared by:

Dated:    25 October 2007            **LAW OFFICES OF GEORGE W. NOWELL**

By:_____/s/_____
      JOHN H. CIGAVIC III
      Attorneys for plaintiff
      SCHENKER INC.

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333   Fax: (415) 362-1344

6

**SCHENKER INC.'s CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER (C 07-02496 CRB)**

P1025.2007-1709