LAW OFFICES OF JEFFREY F. SAX
Jeffrey F. Sax  (SBN: 109902)
660 South Figueroa Street, 24th Floor
Los Angeles, CA 90017
Telephone: (213) 623-5700
Facsimile: (213) 623-5900

Attorneys for Defendant
AZ/CFS West, Inc. erroneously also named as
AZ West, Inc. on special appearance

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| SCHENKER, INC., | Case No: C07-2496 CRB |
| Plaintiffs | |
| vs. | STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |
| AZ WEST, INC. and AZ/CFS WEST, INC., | |
| Defendants. | DATE: November 2, 2007<br>TIME: 8:30 a.m.<br>CTRM: 8 |
| | PROPOSED NEW DATE:<br>February 1, 2008 |

Plaintiff Schenker, Inc., by and through its counsel, Law Offices of George W. Nowell, by John H. Cigavic III, and Defendant AZ/CFS West, Inc. erroneously named as AZ West, Inc., by and through its counsel, Law Offices of Jeffrey F. Sax, by Jeffrey F. Sax upon special appearance, stipulate as follows:

1

STIPULATION TO CONTINUE HEARING DATE

Facts

1. The base amount in dispute in this case is less than $20,000.

2. Defendant has been served with the summons and complaint but has not yet filed a responsive pleading to the complaint.

3. Defendant believes that this action was filed in the improper venue because Defendant is located in Los Angeles, the transaction in issue took place in Los Angeles, and all of the material witnesses reside in Los Angeles or Illinois. Plaintiff contends that San Francisco is a proper venue.

4. Since the time that Defendant has been served, the parties have been discussing an informal resolution of the matter. Initially, Defendant tendered the matter to its insurer. Coverage was recently denied.

5. Thereafter, counsel for the parties (Cigavic and Sax) have exchanged information and attempted to resolve the matter without resort to litigation activity. The parties have reached an impasse.

6. The parties believe that given the amount in issue, an early mediation would be appropriate. Defendant does not wish to waive the right to file a motion to change venue and Plaintiff agrees to allow Defendant preserve that right, but does not concede that venue is improper in this Court.

7. The parties desire to schedule and complete the mediation within 90 days. The parties would agree to the Magistrate assigned to the case to conduct the mediation in San Francisco.

8. In order to avoid expenditure of fees and costs connected with litigation activity, the parties respectfully request that the initial status conference be continued for 90 days to allow the mediation to occur. Defendants' counsel is not available during the first week of January. Plaintiff's counsel is not available during Thanksgiving week.

9. Other than the named Plaintiff and Defendants, there are no other parties to this action.

///

STIPULATION TO CONTINUE HEARING DATE

<u>Stipulation</u>

A.   Based upon the above facts, the parties, through their respective counsel, stipulate and request this court to order that the hearing date on the initial status conference be continued from November 2, 2007 to February 1, 2008, with all other dates attendant thereto to be continued to conform to the new initial status conference date.

B.   Nothing in this stipulation shall operate as a waiver of Defendant's right to file a motion to change venue or Plaintiff's right to oppose the motion in the event that mediation does not result in settlement.

C.   Defendant's responsive pleading to the complaint shall be filed and served no later than ten days prior to the continued initial status conference.

Dated: October 19, 2007                    LAW OFFICES OF JEFFREY F. SAX

By: _____
Jeffrey F. Sax, Attorneys for Plaintiff

Dated: October 29, 2007                    LAW OFFICES OF GEORGE W. NOWELL

By: _____
John H. Gigavic III, Attorneys for Plaintiff

# ORDER

FOR GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED that:

A.   The initial status conference shall be continued to __February 01, 2008____.

B.   Defendant's responsive pleading, including a motion to dismiss or to change venue if Defendant so elects, shall be filed and electronically served on or before ten days preceding the continued date of the initial status conference.

Dated: October 30, 2007



_____
Hon. Charles R. Breyer
United States District ~~Court~~

IT IS SO ORDERED
Judge Charles R. Breyer