GEORGE W. NOWELL (SBN: 83868)
PAUL B. ARENAS (SBN: 167863)
JOHN H. CIGAVIC III (SBN: 231806)
LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344
Attorneys for plaintiff
SCHENKER INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| SCHENKER INC. | CASE NO.: C 07-02496 CRB |
| Plaintiff, | SCHENKER INC.'s CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER |
| v. | |
| AZ WEST, INC., and AZ/CFS WEST, INC., et. al. | FRCivP 16 & 26(f) |
| | Date: 1 February 2008 |
| Defendants. | Time: 8:30 a.m. |
| | Place: Courtroom 8, 19th Floor |
| | Judge: Hon. Charles R. Breyer |

COMES NOW PLAINTIFF, SCHENKER INC ("plaintiff") and, pursuant to this Court's Revised Case Management Conference Schedule of 30 October 2007 (Docket No. 10) ("Revised Schedule") and FRCivP 26 (f), files this Case Management Conference Statement. Plaintiff files separately and not "jointly" because AZ WEST, INC., and AZ/CFS WEST, INC., ("defendants") have not appeared in this lawsuit

//

//

//

//

1

**SCHENKER INC.'s CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER (C 07-02496 CRB)**

Plaintiff and defendants settled this case at a Settlement Conference before Magistrate Judge Bernard Zimmerman on the date of this filing, 25 January 2008. Plaintiff therefore requests this Court grant a continuance of all dates for thirty (30) days to permit the settlement agreement to be executed and that the Court order the parties to file a Stipulated Dismissal after the terms of the settlement agreement are executed.

## JURISDICTION & SERVICE

This is a case of admiralty and maritime jurisdiction within the provisions of 28 U.S.C. § 1333 and is an admiralty and maritime claim within the meaning of Rule 9 (h) of the Federal Rules of Civil Procedure.

Venue is proper in this District Court pursuant to 28 U.S.C. § 1391 because this is a district where the defendants reside and defendants have sufficient contacts with this District such that they are subject to personal jurisdiction here: defendants do business, *inter alia*, out of a warehouse in Oakland, California.

All parties to this action have been served. Defendants were hand-served on as follows:

(1) AZ/CFS WEST, INC. was hand served on 24 May 2007 through its then designated agent for the service of process, Paracorp Incorporated, 640 Bercut Dr., Suite A, Sacramento, CA 95814.

(2) AZ WEST, INC. was hand served on 19 September 2007 through Mr. Sax. Defendants have not responded to the complaint as of the date of this filing.

## BRIEF DESCRIPTION OF THE ACTION

The subject matter of this action is mis-loaded cargo. Plaintiff acted as freight forwarder for cargo and contracted with defendants to warehouse, load and ship designated cargo as directed. Defendants' agents admit it loaded and shipped cargo to China that should have been shipped to England. The admittedly mis-directed cargo incurred significant demurrage and customs charges in China and also incurred freight charges to correct defendants' error(s).

The parties have settled this lawsuit.

## DISPUTED LEGAL ISSUES

The parties have settled this lawsuit. No disputed legal issues remain for adjudication.

## PROCEDURAL HISTORY

The complaint was filed on 9 May 2007. Defendants have not responded to the complaint. No motions have been filed or are presently pending in this action.

Plaintiff made an ex parte request in July 2007 to continue the Case Management Conference Schedule (which Judge Breyer granted).

After Mr. Sax became involved in this litigation the parties stipulated on two occasions (1) to continue the (continued) Case Management Conference Schedule in October 2007 (which Judge Breyer granted), and (2) to request this Settlement Conference.

The parties attended a Settlement Conference on 25 January 2008, before Magistrate Judge Bernard Zimmerman (Docket No. 13) and settled the case.

## DISCOVERY STATUS

Plaintiff has made initial disclosures. Defendants have produced a few documents. The parties have not participated in formal discovery, including in the creation of a discovery plan. The parties have settled this lawsuit. No additional discovery is necessary.

## MOTIONS

The parties have settled this lawsuit. No motions are necessary to resolve this case.

## RELIEF SOUGHT & COMPUTATION OF CLAIMED DAMAGES

Plaintiff sought damages in excess of $17,691.14 calculated as follows: approximately $15,076.49 for "customs demurrage", $750.00 for "overseas local charges" and $1864.65 for "ocean freight" (as noted in Exhibit E to the complaint: plaintiff's invoice to defendants).

The parties have settled this lawsuit.

## ALTERNATIVE DISPUTE RESOLUTION

Plaintiff and defendants attended a Settlement Conference on 25 January 2008 before Magistrate Judge Bernard Zimmerman (Docket No. 13) and settled the lawsuit.

## CONSENT TO A MAGISTRATE JUDGE

Plaintiff does not consent to a Magistrate Judge.

//
//

## PROPOSED DEADLINES

The parties have settled this lawsuit. Plaintiff requests the Court grant a continuance of thirty (30) days to permit the settlement agreement to be executed and requests the Court order the parties to file a Stipulated Dismissal after the terms of the settlement agreement are executed.

## SERVICE LIST

Plaintiff is represented by George W. Nowell, Esq., Paul B. Arenas, Esq., and John H. Cigavic III, Esq. of the Law Offices of George W. Nowell, 120 Montgomery Street, Suite 1990, Tel: (415) 362-1333; Fax: (415) 362-1344.

Defendants are represented by Jeffrey F. Sax, Esq. of the Law Offices of Jeffrey F. Sax, 660 South Figueroa Street, Suite 2400, Los Angeles, California 90017, Telephone (213) 623-5700, Facsimile (213) 623-5900.

## OTHER

There are no other known issues, not addressed above, relevant to this Case Management Statement.

## DISQUALIFICATION & RECUSAL

Plaintiff is not aware of any party having an interest in this lawsuit other than the named parties, and so certifies.

## FEDERAL RULE OF CIVIL PROCEDURE 26 (f) CONSIDERATIONS

In view of the parties' settlement, there remain no FRCivP 26 (f) considerations.

Dated:    25 January 2008          **LAW OFFICES OF GEORGE W. NOWELL**

By: _____/s/_____
JOHN H. CIGAVIC III
Attorneys for plaintiff
SCHENKER INC.

**SCHENKER INC.'s CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER (C 07-02496 CRB)**

P0125.2008-1709

**CASE MANAGEMENT CONFERENCE ORDER**

The [Proposed] Order is HEREBY adopted by the Court:

The Court continues all dates in this action for thirty (30) days and orders the parties to file a Stipulated Dismissal after the terms of the settlement agreement are executed.

This Order shall be served on Jeffrey F. Sax, Esq. of the Law Offices of Jeffrey F. Sax, 660 South Figueroa Street, Suite 2400, Los Angeles, California 90017, Telephone (213) 623-5700, Facsimile (213) 623-5900 on behalf of AZ WEST, INC., and AZ/CFS WEST, INC.

**IT IS SO ORDERED.**

Dated: _____, 2008

By:_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

Prepared by:

Dated:   25 January 2008          **LAW OFFICES OF GEORGE W. NOWELL**

By:_____/s/_____
JOHN H. CIGAVIC III
Attorneys for plaintiff
SCHENKER INC.

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

5
**SCHENKER INC.'s CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER (C 07-02496 CRB)**

P0125.2008-1709