# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE BERNARD ZIMMERMAN**
**CIVIL MINUTE ORDER**

DATE: Friday, Jan. 25, 2008 @ 10:30 a.m.

TIME: 3 hours

| **TITLE OF CASE:** | **DOCKET NO.:** | |
|---|---|---|
| SCHENKER V. AZ WEST, INC. | C07-2496 CRB (BZ) | ☒ REFERRAL |
| **ATTORNEY(S) FOR PLAINTIFF(S):** | **ATTORNEY(S) FOR DEFENDANT(S):** | |
| John H. Cigavic III | Jeffrey F. Sax | |

COURT REPORTER/TAPE NO., SIDE, REEL NO.: Jim Yeomans, Ct. Rptr. - 1:24-1:29 FTR Time

**PROCEEDINGS**

- ☐ NONDISPOSITIVE MOTION
  - ☐ CONTESTED
  - ☐ UNCONTESTED
- ☐ DISPOSITIVE MOTION
- ☐ EVIDENTIARY HEARING
- ☐ FEE APPLICATION
- ☐ STATUS CONFERENCE

- ☐ INITIAL PRETRIAL CONFERENCE (CMC)
- ☐ DISCOVERY CONFERENCE
- ☒ SETTLEMENT CONFERENCE
- ☐ FINAL PRETRIAL CONFERENCE
- ☐ MOTION HEARING/ARGUMENT
- ☐ IRS ENFORCEMENT ORDERS
- ☐ OTHER: SPECIFY BELOW

ORDER TO BE PREPARED BY:  ☐ PLAINTIFF   ☐ DEFENDANT   ☐ COURT

CASE CONTINUED TO: _____

**NOTES**

Case settled.

G:\BZALL\-REFS\REFS.08\SCHENKER MINUTE. ORD