1  GEORGE W. NOWELL (SBN: 83868)
   PAUL B. ARENAS (SBN: 167863)
2  JOHN H. CIGAVIC III (SBN: 231806)
   LAW OFFICES OF GEORGE W. NOWELL
3  120 Montgomery Street, Suite 1990
   San Francisco, CA 94104
4  Telephone: (415) 362-1333
   Facsimile: (415) 362-1344
5  Attorneys for plaintiff
   SCHENKER INC.
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                 (SAN FRANCISCO DIVISION)

11 SCHENKER INC.                    )   CASE NO.: C 07-02496 CRB
                                    )
12             Plaintiff,           )   REQUEST FOR EXTENSION OF
                                    )   CONDITIONAL ORDER OF
13        v.                        )   DISMISSAL & [PROPOSED] ORDER
                                    )
14 AZ WEST, INC., and               )
   AZ/CFS WEST, INC., et. al.       )
15                                  )
               Defendants.          )
16                                  )
                                    )
17                                  )
                                    )
18                                  )
                                    )
19 ─────────────────────────────────

20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1

REQUEST FOR EXTENSION OF CONDITIONAL ORDER OF DISMISSAL & [PROPOSED] ORDER
(C 07-02496 CRB)


COMES NOW PLAINTIFF, SCHENKER INC ("plaintiff") and, with regard to this Court's "Order of Dismissal" (Docket No. 16), certifies by this pleading, with attached proof of service on defendants AZ WEST, INC. and AZ/CFS WEST, INC., ("defendants"), by and through their counsel, Jeffrey F. Sax, Esq, that plaintiff has not received the consideration from the parties' settlement because plaintiff received a check for the settlement amount from defendants on Monday, 25 February 2008, but the check was not received in sufficient time to clear the bank before this Court's "Order of Dismissal" (Docket No. 16) expires by its terms. Thus, plaintiff requests this Court extend its "Order of Dismissal" for thirty (30) days to permit the settlement funds to clear the bank or make any other such orders as are just and proper in the premises.

Dated:   25 February 2008

LAW OFFICES OF GEORGE W. NOWELL

By: _____
JOHN H. CIGAVIC III
Attorneys for plaintiff
SCHENKER INC.

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

P0222.2008-1709

## [PROPOSED] ORDER

The Court has considered plaintiff's request for a thirty day extension of this Court's "Order of Dismissal" (Docket No. 16) and finds it has merit,

IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within thirty days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Dated:   February ___, 2008

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

By:_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

Prepared by:

Dated:   25 February 2008

LAW OFFICES OF GEORGE W. NOWELL

By:_____
JOHN H. CIGAVIC III
Attorneys for plaintiff
SCHENKER INC.

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

3

REQUEST FOR EXTENSION OF CONDITIONAL ORDER OF DISMISSAL & [PROPOSED] ORDER
(C 07-02496 CRB)

P0222.2008-1709

**PROOF OF SERVICE**

SCHENKER INC. v. AZ WEST, INC., and AZ/CFS WEST, INC., et al.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)
Case No.: C 07-02496

I am a resident of California of the United States, over the age of 18 years, and not a party to or interested in the within entitled case. I am an employee at THE LAW OFFICES OF GEORGE W. NOWELL and my business address is 120 Montgomery Street, Suite 1990, San Francisco, California 94104. I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Post Office. On this date, I served the following:

(1) **REQUEST FOR EXTENSION OF CONDITIONAL ORDER OF DISMISSAL & [PROPOSED] ORDER**

__x__ **MAIL**: By placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid in the United States Post Office at San Francisco, California, addressed as set forth below.

_____ **PERSONAL DELIVERY**: By hand delivering a true copy thereof to the person at the address as set forth below.

_____ **FEDERAL EXPRESS**: By placing a true copy thereof enclosed in a sealed Federal Express envelope with postage fully prepaid at a Federal Express office located in San Francisco, California, addressed as set forth below.

_____ **EXPRESS MAIL**: By placing a true copy thereof enclosed in a sealed Express Mail envelope with postage fully prepaid at a United States Post Office located in San Francisco, California, addressed as set forth below.

__x__ **FACSIMILE**: By faxing a true copy thereof to the party at the facsimile number as set forth below (as a courtesy).

__x__ **EMAIL**: By emailing a true copy thereof to the party at the email address as set forth below (as a courtesy).

Jeffrey F. Sax, Esq.
Law Office of Jeffrey F. Sax
660 S Figueroa St #2400
Los Angeles, CA 90017
Phone: (213) 623-5700
Fax: (213) 623-5900
Email: jsax@saxlaw.net

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on February 25, 2008 at San Francisco, California.

Nathan M. Garcia
Assistant to John H. Cigavic III, Esq.

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
TEL: (415) 362-1333; FAX: (415) 362-1344

POS-1709

-1-
**PROOF OF SERVICE (C 07-02496)**