```
1  GEORGE W. NOWELL (SBN: 83868)
   PAUL B. ARENAS (SBN: 167863)
2  JOHN H. CIGAVIC III (SBN: 231806)
   LAW OFFICES OF GEORGE W. NOWELL
3  120 Montgomery Street, Suite 1990
   San Francisco, CA 94104
4  Telephone: (415) 362-1333
   Facsimile: (415) 362-1344
5  Attorneys for plaintiff
   SCHENKER INC.
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                  (SAN FRANCISCO DIVISION)

11  SCHENKER INC.                    )  CASE NO.: C 07-02496 CRB
                                     )
12                  Plaintiff,       )  REQUEST FOR EXTENSION OF
                                     )  CONDITIONAL ORDER OF
13          v.                       )  DISMISSAL & [PROPOSED] ORDER
                                     )
14  AZ WEST, INC., and               )
    AZ/CFS WEST, INC., et. al.       )
15                                   )
                    Defendants.      )
16                                   )
17                                   )
18                                   )
19  _____)

20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //
```

1

**REQUEST FOR EXTENSION OF CONDITIONAL ORDER OF DISMISSAL & [PROPOSED] ORDER**
**(C 07-02496 CRB)**

COMES NOW PLAINTIFF, SCHENKER INC ("plaintiff") and, with regard to this Court's "Order of Dismissal" (Docket No. 16), certifies by this pleading, with attached proof of service on defendants AZ WEST, INC. and AZ/CFS WEST, INC., ("defendants"), by and through their counsel, Jeffrey F. Sax, Esq, that plaintiff has not received the consideration from the parties' settlement because plaintiff received a check for the settlement amount from defendants on Monday, 25 February 2008, but the check was not received in sufficient time to clear the bank before this Court's "Order of Dismissal" (Docket No. 16) expires by its terms. Thus, plaintiff requests this Court extend its "Order of Dismissal" for thirty (30) days to permit the settlement funds to clear the bank or make any other such orders as are just and proper in the premises.

Dated:    25 February 2008

LAW OFFICES OF GEORGE W. NOWELL

By: _____
JOHN H. CIGAVIC III
Attorneys for plaintiff
SCHENKER INC.

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

2

REQUEST FOR EXTENSION OF CONDITIONAL ORDER OF DISMISSAL & [PROPOSED] ORDER
(C 07-02496 CRB)

P0222.2008-1709

## ~~[PROPOSED]~~ ORDER

The Court has considered plaintiff's request for a thirty day extension of this Court's "Order of Dismissal" (Docket No. 16) and finds it has merit,

IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within thirty days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Dated: ~~February~~ March 03, 2008

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

By:_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Prepared by:

Dated: 25 February 2008

LAW OFFICES OF GEORGE W. NOWELL

By:_____
JOHN H. CIGAVIC III
Attorneys for plaintiff
SCHENKER INC.